UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO:

CARBAMERICAS, INC.,

    Plaintiff,

vs.

INTEROCEAN LINES, INC., and
KING OCEAN SERVICES LTD.,

    Defendant.

_____/

## *COMPLAINT*

COMES NOW the Plaintiff, CARBAMERICAS, INC., by and through the undersigned attorneys, and sues the Defendants, INTEROCEAN LINES, INC. and KING OCEAN SERVICES LTD., and alleges as follows:

1. This is a claim of Admiralty and Maritime Jurisdiction as hereinafter more fully appears, and is an Admiralty and Maritime Claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The Plaintiff, CARBAMERICAS, INC., is a Florida Corporation, doing business in Miami, Dade County, Florida and was the consignee of the subject cargos hereinbelow described.

3. The Defendant, INTEROCEAN LINES, INC., (hereinafter "INTEROCEAN") is a foreign company, doing business in Miami, Dade County, Florida and was the owner, operator and/or charterer of the vessel and at all times material hereto responsible for the transportation of the subject shipment.

4. The Defendant, KING OCEAN SERVICES LTD., (hereinafter "KING OCEAN") is a foreign corporation, organized under the laws of the Republic of Liberia, with its principal place of business in Miami, Dade County, Florida and upon information and belief, acquired INTEROCEAN LINES, INC., on or about May 1, 2016.

5. Upon information and belief, the Defendant, INTEROCEAN, has a forum selection clause in the bill of lading requiring all lawsuits to be filed in this Court.

6. On or about June 27, 2015, INTEROCEAN received a shipment of 2,800 boxes of fresh green asparagus for door to door transportation from Lima, Peru to Port Everglades, Florida with ultimate delivery to Pompano Beach, Florida.

7. INTEROCEAN received the subject cargo in good order and sound condition and accordingly issued Bill of Lading number INOC7010003902 without exception.

8. The subject cargo was delivered at destination on or about July 13, 2015 with damage due to temperature abuse.

9. As a result thereof, the Plaintiff has been damaged in an amount in excess of Seven Thousand Seven Hundred Sixty Three and 75/100 Dollars ($7,763.75). The Plaintiff reserves the right to amend this amount at the time of trial.

10. Plaintiff has complied with all conditions precedent to the bringing of this action.

### *COUNT I - COGSA*

The Plaintiff realleges and repeats paragraphs 1 through 10 as if set forth herein at length and alleges further that:

11. On or about June 27, 2015, INTEROCEAN contracted and agreed to deliver a cargo consisting of 2,800 boxes of fresh green asparagus in good order and condition and,

as evidence of that agreement, issued, without exception, Bill of Lading number INOC7010003902.

12. INTEROCEAN breached its contract of carriage by failing to deliver the cargo at destination in the same good order and sound condition as when received.

13. As its successor in interest, KING OCEAN is also liable for the breach of contract.

14. As a proximate result thereof, the Plaintiff has been damaged in an amount in excess of Seven Thousand Seven Hundred Sixty Three and 75/100 Dollars ($7,763.75). The Plaintiff reserves the right to amend this amount at the time of trial.

**WHEREFORE**, the Plaintiff, CARBAMERICAS, INC., prays that this Honorable Court enter a judgment against the Defendants, INTEROCEAN LINES, INC. and KING OCEAN SERVICES LTD., jointly and severally, in favor of the Plaintiff in an amount in excess of Seven Thousand Seven Hundred Sixty Three and 75/100 Dollars ($7,763.75) or as otherwise determined by this Court together with prejudgment interest, costs and such other relief as this Court may deem just and proper.

DATED at Miami-Dade County, Florida this 30th day of June, 2016.

Respectfully submitted,

By: *S/Michael C. Black*
MICHAEL C. BLACK, ESQUIRE
F.B.N. 0056162
mblack@marlaw.com
**CASSIDY & BLACK, P.A.**
Dadeland Square at the Greenery Mall
7700 North Kendall Drive, Suite 505
Miami, Florida 33156
Telephone: (305) 271-8301
Facsimile: (305) 271-8302
*Counsel for Plaintiff*